UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOLIVETTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACK RABBIT USA, LLC, et al.,<br><br>　　　　　Defendants. | Case No.　3:14-cv-04670-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 36 |

On February 11, 2015, the Court granted the parties' request to stay proceedings in this case. Dkt No. 35. As a condition of granting that request, the parties were ordered to file a status report every 45 days advising the Court as to the status of a related case, *Richard Ross v. Jack Rabbit Servs.*, LLC et al., No. 3:14-cv-00044, in the Western District of Kentucky. After the parties failed to file a status report for more than six months, the Court entered an order directing the parties to file a status report by August 21, 2015, and to continue filing status reports every 45 days. Dkt No. 36. The parties timely filed status reports until January of 2016, but have since ceased complying with the Court's order. The Court notes that these two distinct periods of non-compliance with an order of the Court now, between them, exceed a full year.

The parties are consequently ordered to show cause why this case should not be dismissed for failure to prosecute. The parties' response to this order is due by 6 pm on August 24th, 2016. A failure to timely respond or to offer a sufficient response may result in dismissal.

**IT IS SO ORDERED.**

Dated: August 17, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge