UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOLIVETTE,<br><br>      Plaintiff,<br><br>    v.<br><br>JACK RABBIT USA, LLC, et al.,<br><br>      Defendants. | Case No.  3:14-cv-04670-JD<br><br>**ORDER RE JOINT RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 43 |

The Court accepts the explanation of attorney mix-up for the failure to file status reports. The parties are advised that any future unexcused failure to file the required reports may result in sanctions, up to and including dismissal of the case.  The parties are directed to file a report on the status of settlement immediately after the upcoming settlement conference.  This case has been lingering since 2014 and the Court intends to lift the stay if settlement is not imminent.

**IT IS SO ORDERED.**

Dated: August 25, 2016

JAMES DONATO
United States District Judge